## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| FIRESTONE FINANCIAL, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:24cv177 |
| ) | |
| v. ) | |
| ) | |
| PUTT PUTT GOLF COURSES OF RICHMOND, ) | |
| INC. and GARY CLAUDE HINSHAW, ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, Firestone Financial, LLC, by and through counsel, moves for Entry of a Consent Judgment in this matter and as grounds states as follows:

1. Plaintiff and Defendant, by and through counsel, have entered into a Consent Judgment that has been endorsed by counsel for both parties.

2. Attached to this Motion is the Proposed Consent Judgment and Exhibit appended thereto.

WHEREFORE, your Plaintiff prays that this Honorable Court enter the attached Consent Judgment.

THE LAW OFFICES
  OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire, #87187
Bradley T. Canter, Esquire, #86766
2200 Research Blvd., Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com
E-Mail: bcanter@roncanterllc.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of November, 2024, the foregoing document was filed with the Court's CM/ECF system and served on the following counsel of record by e-mail:

Michael C. Whitticar, Esquire
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
mikew@novaiplaw.com
*Attorney for Defendants*

/s/ Ronald S. Canter
Ronald S. Canter, Esquire

2