IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| FIRESTONE FINANCIAL, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 3:24CV177 (RCY) |
| | ) | |
| PUTT PUTT GOLF COURSES OF RICHMOND, INC., *et al.*, | ) | |
|     Defendants. | ) | |

**CONSENT JUDGMENT**

Upon consideration of the consent of Defendants Putt Putt Golf Courses of Richmond, Inc. and Gary Claude Hinshaw ("Defendants"), as evidenced by the signature of their counsel herein, the Court GRANTS the Motion to Approve Consent Judgment (ECF No. 25). It is further—

**ORDERED**, that, as to Counts I and II of the Complaint, judgment be and hereby is entered in favor of Plaintiff Firestone Financial, LLC against Defendants, jointly and severally in the sum of $322,745.24, and it is further,

**ORDERED**, that, as to Counts III, IV, and V, Plaintiff be awarded judgment in its favor as to its claim for detinue for the return of the equipment identified on Exhibit 1 attached hereto, and it is further,

**ORDERED**, that in the event this judgment is not paid in full by January 2, 2025, Defendants shall deliver to the Plaintiff the equipment listed in Exhibit 1 attached hereto within fourteen (14) days (no later than January 16, 2025), and it is further,

**ORDERED**, that execution on the judgment be stayed until January 2, 2025.

Let the Clerk file this Consent Judgment electronically and notify all parties accordingly.

This case is now CLOSED.

It is so ORDERED.

Date: November 12, 2024
Richmond, Virginia

                                                                  /s/ RCY
                                                        Roderick C. Young
                                                        United States District Judge

WE ASK FOR THIS:

THE LAW OFFICES
   OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire, #87187
Bradley T. Canter, Esquire, #86766
2200 Research Blvd., Suite 560
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com
E-Mail: bcanter@roncanterllc.com
*Attorneys for Plaintiff*

/s/ Michael C. Whitticar
Michael C. Whitticar, Esquire
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
mikew@novaiplaw.com
*Attorney for Defendants*